ACCEPTED
03-14-00706-CV
4656656
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 1:43:58 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 1:43:58 PM
JEFFREY D. KYLE
Clerk

ELIZABETH R. B. STERLING
ASSISTANT ATTORNEY GENERAL

elizabeth.sterling@texasattorneygeneral.gov

March 26, 2015

Jeffrey D. Kyle
Clerk, Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

RE:    Court of Appeals Number: 03-14-00706-CV
       Trial Court Case Number: D-1-GN-13-002623

Style: *Entergy Texas, Inc.*
       *v. Public Utility Commission of Texas and Office of Public Utility*
       *Counsel*

Dear Mr. Kyle:

In response to your letter dated March 24, 2015, I will be presenting oral
argument on behalf of the Public Utility Commission of Texas in the above-
styled cause on May 20, 2015 at 1:30 p.m.

Sincerely yours,

 /s/*Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
State Bar No. 19171100
Environmental Protection Division
512.463.2012
512.457.4616 (fax)
elizabeth.sterling@texasattorneygeneral.gov

## Certificate of Service

I hereby certify that on this the 26th day of March 2015, a true and correct copy of this letter was served on the following counsel electronically, through an electronic filing service and by email.


/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling


| | |
|---|---|
| Marnie A. McCormick<br>John F. Williams<br>Duggins Wren Mann & Romero, LLP<br>P. O. Box 1149<br>Austin, Texas 78767-1149<br>512.744.9300<br>512.744.9399 (fax)<br>mmccormick@dwmrlaw.com<br>jwilliams@dwmrlaw.com | **Counsel for Appellant Entergy Texas, Inc.** |
| Ross Wyatt Henderson<br>Assistant Public Counsel<br>Office of Public Utility Counsel<br>P.O. Box 12397<br>Austin, Texas 78711-2397<br>512.936.7500<br>512.936.7520 (fax)<br>Ross.Henderson@opuc.texas.gov | **Counsel for Appellant Office of Public Utility Counsel** |
| Sara Hammond<br>Assistant Attorney General<br>Administrative Law Division<br>Energy Rates Section<br>Office of the Attorney General<br>P.O. Box 12548  MC 018-12<br>Austin, Texas 78711-2548<br>512.475.4237<br>512.320.0167 (fax)<br>Sara.Hammond@texasattorneygeneral.gov | **Counsel for State Agencies** |

| Rex VanMiddlesworth<br>Benjamin Hallmark<br>Thompson & Knight LLP<br>98 San Jacinto Blvd., Ste. 1900<br>Austin, Texas 78701<br>512.469.6100<br>512.469.6180 (fax)<br>rex.vanm@tklaw.com<br>benjamin.hallmark@tklaw.com | **Counsel for Texas Industrial Energy Consumers** |
| --- | --- |